ACCEPTED
03-14-00217-CR
3723804
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/11/2015 5:47:57 PM
JEFFREY D. KYLE
CLERK

**03-14-00217-CR**

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
1/12/2015 12:00:00 AM
JEFFREY D. KYLE
Clerk

| | | |
|---|---|---|
| **JONATHAN PORTERIE** | § | **IN THE TEXAS THIRD** |
| | § | |
| **v.** | § | **COURT OF APPEALS** |
| | § | |
| **STATE OF TEXAS** | § | **AUSTIN, TEXAS** |

### APPELLANT'S MOTION TO FILE AMENDED BRIEF

**To the Honorable Court:**

COMES NOW counsel for Jonathan Porterie, the Defendant in the above styled and numbered cause, and requests leave to file an amended. In support of this motion, Defendant shows the following.

#### I.

The brief in this case was transmitted to the Court on December 22, 2014, with a motion for leave to file a late brief and filed by the Court on December 29, 2014.

#### II.

On January 8, 2015, counsel conferred with Brian Erskine, counsel for the State. Mr. Erskine informed counsel that he believed an important issue had not been raised in Appellant's brief. Upon review, counsel believes that Mr. Erskine was correct and appreciates being informed of this important matter.

Counsel has added one issue to the brief, the issue raised by Mr. Erskine. The substantive amendment effects only the conviction in appellate cause 03-14-00214-CR, trial court cause CR-13-0920. Amendments to the brief concern only the addition of the new issue. Counsel has not edited, corrected, or modified any other substantive section. Counsel has not even corrected any typographical errors in those sections.

The modifications include the addition of a new issue (new Issue I), a renumbering of the remaining issues, and changes to the table of contents, index of authorities, and other ministerial sections of the brief.

**PRAYER**

Therefore, Appellant prays that the Court grant this motion and file the amended brief in this case. Counsel requests that the originally filed brief be struck.

Respectfully submitted,

/s/ James Gerard McDermott, II
James Gerard McDermott, II, Attorney
THOMPSON SALINAS RICKERS & MCDERMOTT, LLP
8140 N. Mopac, Westpark 4, Suite 250
Austin TX 78759
512.201.4099
512.298.1129 (fax)
james@centraltexaslawyers.com

## CERTIFICATE OF SERVICE

This is to certify that on January 11, 2014, a true and correct copy of the above and foregoing document was served by electronic service and by email on:

Brian Clarke Erskine
State Bar No. 24074182
Assistant Hays County District Attorney
712 South Stagecoach Trail, Suite 2057
San Marcos TX 78666.

/s/ James Gerard McDermott, II
James Gerard McDermott, II, Attorney